UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Randell Singleton,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>R. Phillip Guttierrez, et al.,<br><br>　　　　Respondents | CV 11-0765 RT<br>ED CR 96-0008 RT<br><br>JUDGMENT |

On March 4, 2011, the Court issued an order dismissing Petitioner Gary Randell Singleton's ("Petitioner") Petition for Writ of Habeas Corpus by a Person in Federal Custody filed pursuant to 28 U.S.C. § 2241 ("Petition").

Accordingly, it is ORDERED that judgment be entered as follows: The Petition is dismissed with prejudice.

DATED: 3/4/11

ROBERT J. TIMLIN
UNITED STATES DISTRICT JUDGE

1